# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18 B 33664 |
| | ) | |
| FRANCISCA ROBLES COSTILLA, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge David D. Cleary |

**ORDER ADJUDICATING JOSE VILLAFANA IN CIVIL CONTEMPT OF COURT**

This matter comes before the court on the continued Motion of the Chapter 13 Trustee to Impose Penalties on Bankruptcy Petition Preparer ("Motion to Impose").

The court finds:

1. Debtor Francisca Robles Costilla filed for relief under Chapter 13 on December 4, 2018.

2. The Chapter 13 Trustee filed the Motion to Impose on January 25, 2019, and noticed for hearing on February 11, 2019. It was served on Jose Villafana at 5720 W. Cermak Rd., Corner, Cicero, IL 60804.

3. According to the Motion to Impose, Costilla appeared at her scheduled § 341 meeting and testified that Jose Villafana prepared the petition, schedules, statement of financial affairs, means test and plan filed in this case.

4. On February 11, 2019, U.S. Bankruptcy Judge LaShonda A. Hunt entered an order on the Motion to Impose (the "February 11 Order"). She ordered Villafana to:

   - disgorge $1,300 paid to him by Costilla and return those funds to her within 15 days;
   - pay Costilla an additional $2,000 within 30 days;
   - pay the Chapter 13 Trustee a fine of $1,000 within 30 days;
   - pay the U.S. Trustee a fine of $1,000 within 30 days; and

- file a certificate with the Clerk of the Bankruptcy Court within 45 days, certifying that all amounts have been refunded or otherwise remitted.

5. Judge Hunt continued the Motion to Impose to April 15, 2019, for status on Villafana's compliance with the February 11 Order.

6. On April 15, Villafana was again ordered to refund and remit certain amounts, except that the payment to Costilla was lowered to $1,000 and the Chapter 13 Trustee was awarded fees in the amount of $600, to be paid within 30 days (the "April 15 Order"). The April 15 Order also required a certificate of payment to be filed within 45 days.

7. The April 15 Order was served on Villafana at 5720 W. Cermak Rd., Corner, Cicero, IL 60804. Judge Hunt continued the Motion to Impose to June 10, 2019.

8. On June 21, 2019, Judge Hunt ordered Villafana to "submit answers to all questions and all documents requested to the [Chapter 13] Trustee on or before July 12, 2019" (the "June 21 Order"). She continued the Motion to Impose to July 22, 2019.

9. At the hearing on July 22, Judge Hunt entered a Rule to Show Cause and Order to Appear (the "July 22 RSC Order") against Villafana for his failure to comply with the April 15 Order and the June 21 Order. She ordered Villafana to appear on August 5, 2019, to show cause why he should not be held in contempt of court. A failure to comply with the July 22 RSC Order would result in an order of contempt and Villafana was warned that the United States Marshals Service might be directed to enforce the order by body attachment.

10. Judge Hunt continued the Motion to Impose from August 5 to August 26.

11. On September 10, 2019, Judge Hunt entered the Modified Order on Trustee's Motion to Impose Penalties on Bankruptcy Petition Preparer (the "September 10 Order"). The September 10 Order set a payment schedule as follows:

- Villafana shall pay the total amounts due Costilla on or before February 20, 2020, at a rate of at least $400 per month beginning September 20, 2019 and the 20th day of each month thereafter until the total amount due has been satisfied;

- Villafana shall pay the Chapter 13 Trustee at a rate of $500 commencing March 20, 2020 and shall make payment in full by April 20, 2020; and

- Villafana shall pay the U.S. Trustee in full on or before May 20, 2020.

12. The September 10 Order continued the Motion to Impose to December 2, 2019.

13. On December 3, 2019, Judge Hunt issued a second Rule to Show Cause and Order to Appear against Villafana (the "December 2 RSC Order"). She ordered Villafana to appear on December 23, 2019, to show cause why he should not be held in contempt of court. A failure to comply with the December 2 RSC Order would result in an order of contempt and Villafana was warned that the United States Marshals Service might be directed to enforce the order by body attachment.

14. Villafana appeared in court on December 23 and gave Costilla $500 in cash. He represented to the court that he would be able to pay $800 to Costilla by the end of January, 2020. Judge Hunt continued the matter to February 10, 2020. She ordered Villafana to appear on that date.

15. On February 10, 2020, the undersigned conducted a hearing on the Motion to Impose. Costilla appeared; Villafana did not. Through her son, Costilla stated that she had not

received any additional money from Villafana. The Motion to Impose was continued to March 23, 2020.

Therefore, based on the findings of fact stated above, **IT IS HEREBY ORDERED THAT** Jose Villafana is adjudicated in civil contempt of this court. He may purge this contempt by making payment in full to Francisca Robles Costilla, and by filing a certificate with the Clerk of the Bankruptcy Court certifying that Costilla has been paid in full. Pursuant to the orders entered by Judge Hunt, payment in full requires Villafana to refund $1,300 to Costilla and to pay her $1,000 in damages, for a total amount due of $2,300.

The Motion to Impose is continued to **March 23, 2020 at 11:15 a.m.** The hearing will be held before the undersigned Bankruptcy Judge at 219 South Dearborn Street, Courtroom 644, Chicago, Illinois 60604. **Jose Villafana is ordered to attend this hearing**.

If Jose Villafana fails to purge the contempt <u>and</u> fails to attend the hearing on March 23, 2020, a writ of attachment shall issue authorizing the United States Marshal to arrest and incarcerate Jose Villafana until such time that he can be brought before this court.

ENTERED:

Date: February 10, 2020

_____
DAVID D. CLEARY
United States Bankruptcy Judge